

# THE THIRTEENTH COURT OF APPEALS

13-21-00033-CV

NORA RODRIGUEZ AND EDUARDO RODRIGUEZ
v.
LONE STAR NATIONAL BANK AND MARTIN VOLPE, SENIOR VICE PRESIDENT

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-4231-17-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

June 3, 2021